No. 75–780. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO v. NUSSBACHER. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–866. M. J. D. M. TRUCK RENTALS, INC., ET AL. v. O'BRIEN; and
No. 75–887. ANASTOS ET AL. v. M. J. D. M. TRUCK RENTALS, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 521 F. 2d 1301.

No. 75–890. GULF & WESTERN INDUSTRIES, INC. v. ALLIS-CHALMERS MANUFACTURING Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–891. ANASTASIA ET AL. v. COSMOPOLITAN NATIONAL BANK OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5616. STOCK v. SIELAFF, CORRECTIONS DIRECTOR. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5709. SCHARF v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.